Robert A. Simon
Texas Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ, PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
**Attorneys for Placid Oil Company**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.  86-33419-sgj-11** |
| **PLACID OIL COMPANY** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

### PLACID OIL COMPANY CASE STATUS REPORT
**(Pertains to Docket No. 4717)**

TO THE UNITED STATES BANKRPUTCY CLERK:

Placid Oil Company ("Placid") is a post-confirmation debtor that has completed its Plan of Reorganization.  The Chapter 11 case was closed in 1994 and reopened in 2009.  Between 1994 and the reopening of the case, various claimants asserted approximately 19 claims against Placid (some of them very large) that appeared to have been discharged in the Chapter 11 case. Following the reopening of the case, Placid filed numerous Adversary Proceedings for determination that the legacy claims asserted against Placid had been discharged in its Chapter 11 case.  Most were settled amicably with an agreed order acknowledging that the debts had been discharged.  Two of the Adversary Proceedings were litigated and finally resolved in Placid's favor in the Fifth Circuit Court of Appeals.

The Chapter 11 case remains open because alleged claimants continue, at least sporadically, to assert legacy claims against Placid related to its pre-discharge conduct.  Placid

**CASE STATUS REPORT - PAGE 1**
DM#423195

has chosen not to seek an order closing the case so that Placid can readily file additional Adversary Proceedings in the Bankruptcy Court when necessary to defend its Chapter 11 discharge. The Bankruptcy Court (particularly Judge Jernigan) has a long history with the Placid Chapter 11 case and the post-confirmation litigation regarding defense of the discharge. Since the discharge issue continues to arise, at least sporadically, Placid prefers to keep the Chapter 11 case open so that the case need not be reopened each time a new claimant pops up and asserts a legacy claim related to Placid's pre-discharge conduct.

Placid continues to submit timely Quarterly Operating Reports to the United States Trustee and to pay its quarterly fees. Placid requests that the case remain open at this time.

October 7, 2019.

Respectfully submitted,

**WHITAKER CHALK SWINDLE
& SCHWARTZ, PLLC**

By: */s/ Robert A. Simon*
      Robert A. Simon
      Texas Bar No. 18390000

      301 Commerce Street, Suite 3500
      Fort Worth, Texas 76102
      Telephone:  (817) 878-0543
      Facsimile:  (817) 878-0501
      rsimon@whitakerchalk.com
      **Attorneys for Placid Oil Company**

## CERTIFICATE OF SERVICE

On this 7th day of October, 2019, I hereby certify that I served a true and correct copy of the forgoing *Case Status* upon all parties registered to receive service via this Court's ECF notification system in accordance with the Bankruptcy Rules.

*/s/ Robert A. Simon*
Robert A. Simon