Robert A. Simon
Texas Bar No. 18390000
**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
**Attorneys for Placid Oil Company**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 86-33419-sgj-11** |
| **PLACID OIL COMPANY,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**NOTICE OF SUBMISSION OF QUARTERLY OPERATING REPORT**

Please take notice that reorganized debtor, Placid Oil Company ("Placid"), has submitted

its Quarterly Operating Report for the quarter ending March 31, 2026, to the Office of the United

States Trustee for Region 6.

April 22, 2026.

Respectfully submitted,

**WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC**

By:*/s/ Robert A. Simon*
Robert A. Simon
Texas Bar No. 18390000
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
rsimon@whitakerchalk.com
**Attorneys for Placid Oil Company**

# <u>CERTIFICATE OF SERVICE</u>

On this 22nd day of April 2026, I hereby certify that I served a true and correct copy of the forgoing *Notice of Submission of Quarterly Operating Report* upon all parties registered to receive service via this Court's ECF notification system in accordance with the Bankruptcy Rules and on the United States Trustee for the Region 6 at the following addresses by First Class United States Mail in a properly addressed envelope, postage pre-paid.

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1011

*/s/ Robert A. Simon*
Robert A. Simon